UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI BATES,

Plaintiff,                                                                 Hon. Robert Cleland
                                                                                    Case #15-cv-13555

-vs-

J.J. MARSHALL & ASSOCIATES, INC

Defendant.
_____

| ADAM S. ALEXANDER (P53584) | CHARITY A. OLSON (P68295) |
| --- | --- |
| ANDREW R. MIKOS (76268) | Attorney for JJ Marshall & Associates, Inc. |
| Attorneys for Plaintiff | 2723 S. State St., Suite 150 |
| 17200 W 10 Mile Rd Ste. 200 | Ann Arbor, MI. 48104 |
| Southfield, MI 48075 | (734) 222-5179 |
| (248) 246-6353 | colson@olsonlawpc.com |
| adalesq@gmail.com | |
| andrew@alexanderfirm.com | |

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT J.J. MARSHALL & ASSOCIATES**

Plaintiff and Defendant J.J. Marshall & Associates, Inc. submit this Notice of Settlement to notify the Court that the lawsuit has been settled as to this defendant, subject to the full execution of all settlement documents, and to request 30 days in which to file the Dismissal.

Respectfully submitted,

**/s/ Adam S. Alexander**
Adam S. Alexander (P53584)
Counsel for Plaintiff
17200 W 10 Mile Rd, Ste. 200
Southfield, MI 48075
248-246-6353
Fax: 248-746-3793
adalesq@gmail.com

1

**/s/ Charity A. Olson (w/consent)**
Charity A. Olson (P68295)
Counsel for J.J. Marshall & Associates, Inc.
2723 S. State St., Suite 150
Ann Arbor, MI. 48104
734-222-5179
colson@olsonlawpc.com


January 26, 2016