UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TERRI BATES

    Plaintiff,                                     Case #15-cv-13555
                                                HON. ROBERT H. CLELAND

-vs-

J.J. MARSHALL & ASSOCIATES, INC.,

    Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS

This matter having come on through the stipulation of the parties, as evidenced by the signatures of their respective counsel below, and the Court being otherwise fully advised in the premises;

**IT IS FURTHER ORDERED** that any and all claims that have been plead or could have been plead as part of the Complaint against J.J. Marshall & Associates, Inc., are dismissed with prejudice and without attorneys fees or costs as to any party. The Court shall maintain jurisdiction over this matter to enforce the terms of the parties' agreement, if and as necessary.

**IT IS FURTHER ORDERED** that this Order resolves all pending claims plead in the above captioned matter and closes the case in its entirety.

Dated February 19, 2016

*s/Robert H. Cleland*<br>U.S. DISTRICT COURT JUDGE

*AGREED AS TO FORM:*

| */s/ Adam S. Alexander* | */s/ Charity A. Olson* |
|---|---|
| ADAM S. ALEXANDER (P53584) | CHARITY A. OLSON (P68295) |
| ANDREW R. MIKOS (P76268) | Olson Law Group |
| Attorney for Plaintiff | Attorney for Defendant |
| 17200 W 10 Mile Rd, Ste. 200 | 2723 S. State St., Ste. 150 |
| Southfield, MI 48075 | Ann Arbor, MI 48104 |
| (248)246-6353 | (734) 222-5179 |
| adalesq@gmail.com | colson@olsonlawpc.com |
| andrew@alexanderfirm.com | |

Date: February 17, 2016